DeAnne Casperson, Esq. (ISB No. 6698)
dcasperson@holdenlegal.com
Amanda E. Ulrich, Esq. (ISB No. 7986)
aulrich@holdenlegal.com
HOLDEN, KIDWELL, HAHN & CRAPO, P.L.L.C.
P.O. Box 50130
1000 Riverwalk Drive, Suite 200
Idaho Falls, ID 83405
Telephone: (208) 523-0620
Facsimile: (208) 523-9518

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHANNON DICKINSON,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD D. JONES & CO., L.P., a Missouri limited partnership,<br><br>    Defendant. | Case No. 4:14-cv-00397-REB<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

COMES NOW, Plaintiff Shannon Dickinson ("Plaintiff"), and Defendant Edward D. Jones & Co., L.P. ("Defendant"), and stipulate and agree that Plaintiff's Complaint against Defendant and all claims therein shall be dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated this 31st day of July, 2017.        /s/
                                          DeAnne Casperson
                                          Holden, Kidwell, Hahn & Crapo, P.L.L.C.
                                          *Attorneys for Plaintiff*

Dated this 31s day of July, 2017.         /s/
                                          Nathan Jaskowiak
                                          Keesal, Young & Logan
                                          *Attorneys for Defendant*

1 - STIPULATION TO DISMISS WITH PREJUDICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31$^s$ day of July, 2017, I filed the foregoing electronically through the CM/ECF system, which causes the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

**DOCUMENTS SERVED:**     STIPULATION TO DISMISS WITH PREJUDICE

**ATTORNEYS SERVED:**

Julie L. Taylor
Nathan Jaskowiak
KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, California 94133
Fax: (415) 981-0136
Email: julie.taylor@kyl.com
          nathan.jaskowiak@kyl.com

Kara Heikkila
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
Boise, Idaho 83702
Fax: (208) 954-5929
Email: kheikkila@hawleytroxell.com


                                          /s/
                                     DeAnne Casperson, Esq.

G:\WPDATA\DC\17174 Dickinson\Pleadings\Dismiss.STIP.wpd:dg